179 So. 550
### John SCOTT, Jr., v. STATE.
### 8 Div. 880.

Supreme Court of Alabama.
Feb. 17, 1938.

Rehearing Denied March 17, 1938.

Carl A. Elliott, of Jasper, for petitioner.

A. A. Carmichael, Atty. Gen., and Effie Crittenden, Asst. Atty. Gen., for the State.

GARDNER, Justice.

Petition of John Scott, Jr., for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Scott v. State, 179 So. 549.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.